1 | **CLAYEO C. ARNOLD**
**A Professional Corporation**
2 | **Clayeo C. Arnold, SBN 65070**
**Clifford L. Carter, SBN 149621**
3 | **Kirk J. Wolden, SBN 138902**
**608 University Avenue**
4 | **Sacramento, CA 95825**
**Telephone (916) 924-3100**
5 | **Fax (916) 924-1829**

6 | **Rodney A. Klein, SBN 035541**
**Lawrence S. Paikoff, M.D., J.D., SBN 191732**
7 | **2300 Bell Executive Lane**
**Sacramento, CA 95825**
8 | **Telephone (916) 929-6000**
**Fax (916) 929-5137**

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| RAY SLUSSER, | ) Case No: 2:06-cv-02436-FCD-EFB |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER STAYING** |
| vs. | ) **RULE 26(F) CONFERENCES AND** |
| | ) **INITIAL SCHEDULING CONFERENCE** |
| MERCK & COMPANY, INC., and | ) **PENDING RESOLUTION OF LAW** |
| MCKESSON CORPORATION and Does | ) **AND MOTION MATTERS** |
| 1 through 100, inclusive, | ) Honorable Frank C. Damrell, Jr. |
| Defendants. | ) |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Slusser v. Merck & Company, Inc., et al.* Case Number 2:06-cv-02436-FCD-EFB, was filed in state court on September 6, 2006 and removed to this Court on November 2, 2006.

Plaintiff will not oppose the removal to Federal court, which will ultimately result

1

1  in this case to become a "tag-along" action in the Vioxx Products Liability Litigation,
2  MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge
3  Eldon Fallon presiding.
4      In light of the pending transfer to the MDL, the parties respectfully request that
5  further Joint Status Reports be postponed and that additional Discovery Conferences be
6  removed from the calendar until final resolution of these matters.

8      SO STIPULATED.

10  Dated: November 29, 2006          REED SMITH LLP

12                                          By: /s/ - DANA A. BLANTON
13                                               DANA A. BLANTON
                                             Attorney for Defendant
14                                               Merck & Company, Inc.

16  Dated: November 30, 2006          CLAYEO C. ARNOLD
                                             A Professional Law Corporation

19                                           By: /s/ - CLIFFORD L. CARTER
                                             CLIFFORD L. CARTER
                                             Attorney for Plaintiff
20                                               Ray Slusser

22                              **ORDER**

23      IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this
24  Court.
    Dated: December 8, 2006

                                 FRANK C. DAMRELL, JR.
                                 UNITED STATES DISTRICT JUDGE